LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV - 5 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00103 |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **THEFT OF GOVERNMENT PROPERTY** |
| MYRA C. CABE, ) | [18 U.S.C. § 641] |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

On or about August 24, 2007, in the District of Guam, the defendant, MYRA C. CABE, willfully and knowingly, did embezzle, steal, convert to her own use and without authority dispose of a thing of value of the United States, to wit: merchandise belonging to the Army and Air Force Exchange Service, with the intent to deprive the owner the use and enjoyment thereof.

//
//
//
//
//
//
//
//

of the value of less than $1000, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this 31st day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Benjamin Beliles*
BENJAMIN A. BELILES
Special Assistant U.S. Attorney

Approved:

*Jeffrey Strand*
JEFFREY J. STRAND
First Assistant U.S. Attorney

**Criminal Case Cover Sheet**　　　　　　　　　　　　　　　　　　　　　**U.S. District Court**

**Place of Offense:**

City　　Hagatna　　　　　　　　　　Related Case Information:　　　　**07-00103**

Country/Parish ___N/A___　　　　　Superseding Indictment _____ Docket Number _____
　　　　　　　　　　　　　　　　　Same Defendant _____ New Defendant ___X___
　　　　　　　　　　　　　　　　　Search Warrant Case Number _____
　　　　　　　　　　　　　　　　　R 20/ R 40 from District of _____

**Defendant Information:**

　　Juvenile: Yes _____ No __X__　　Matter to be sealed: _____ Yes __X__ No

Defendant Name　　___Myra C. Cabe___

Alias Name　　　_____

Address　　　　_____

　　　　　　　___Yigo, Guam___

Birth date _XX/XX/1983_　SS# _XXX-XX-9342_　Sex _F_　Race _PI_　Nationality _US_

**RECEIVED NOV -5 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

SAUSA ___Benjamin Beliles___

Interpreter: __X__ No ___ Yes　　　　　List language and/or dialect: __N/A__

**Location Status:**

Arrest Date ___24 August 2007___

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___　　_____ Petty __X__ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 641 | THEFT OF GOVERNMENT PROPERTY | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __11/5/07__　　Signature of SAUSA: _Benjamin A. Beliles_

**ORIGINAL**

Case 1:07-cr-00103　　Document 1　　Filed 11/05/2007　　Page 3 of 3