LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV - 5 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MYRA C. CABE<br><br>    Defendant. | CRIMINAL CASE NO. **07-00103**<br><br>**UNITED STATES' REQUEST<br>FOR ISSUANCE OF SUMMONS<br>AND ORDER** |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, MYRA C. CABE, based on an Information filed charging the defendant with one count of theft of government property in violation of 18 U.S.C. § 641.

Respectfully submitted this 31st day of October, 2007.

LEONARDO M. RAPADAS
United States Attorne
Districts of Guam and NMI

By: *Benjamin A. Beliles*
BENJAMIN A. BELILES
Special Assistant U.S. Attorney

**ORIGINAL**