LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00103 |
| Plaintiff, | |
| vs. | **O R D E R**<br>**Re: United States' Request**<br>**For Issuance of Summons** |
| MYRA C. CABE, | |
| Defendant. | |

Upon the filing of an Information and the request of the government,

IT IS SO ORDERED that a summons be issued for the above-named defendant to appear before this Court on Tuesday, November 13, 2007, at 9:30 a.m.

**/s/ Joaquin V.E. Manibusan, Jr.**
       **U.S. Magistrate Judge**
**Dated: Nov 06, 2007**