RECEIVED
NOV 07 2007
US MARSHALS SERVICE-GUAM

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

UNITED STATES OF AMERICA
V.

MYRA C. CABE

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-07-00103-001

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Date and Time<br>Tuesday, November 13, 2007 at 9:30 a.m. |

To answer a(n)
☐ Indictment   X Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title __18__ United States Code, Section(s) __641__

Brief description of offense:

Theft of Government Property

FILED
DISTRICT COURT OF GUAM
NOV 13 2007 mba
JEANNE G. QUINATA
Clerk of Court

ORIGINAL

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

November 6, 2007
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 11/9/07 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

Alsons - Hagata, G2

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  11/13/07
             Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.