DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00103 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **MYRA C. CABE,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to November 7, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
 **U.S. Magistrate Judge**
**Dated: Nov 13, 2007**