FILED
DISTRICT COURT OF GUAM

DEC 28 2007 

JEANNE G. QUINATA
Clerk of Court

JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:  (671) 472-7120

Attorney for Defendant
MYRA C. CABE

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-07-00103 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE JURY ) SELECTION AND TRIAL |
| vs. | ) |
| MYRA C. CABE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the jury selection and trial currently scheduled for January 11, 2008, be rescheduled to a date approximately one month thereafter to be selected by the court. The purpose of this request is to allow the U.S. Probation Office to assess Ms. Cabe's eligibility for pre-trial diversion. It is further understood and agreed that any period of delay shall be excluded under the provisions of the Speedy Trial Act (18 U.S.C. §3161 (h)(8)(A)), as the ends of justice will be served by the requested

continuance .

IT IS SO STIPULATED:

DATED: Mongmong, Guam, December 28, 2007.

_____
RICHARD P. ARENS
Attorney for Defendant
MYRA C. CABE

_____
BENJAMIN A. BELILES
Attorney for Plaintiff
UNITED STATES OF AMERICA