JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
MYRA C. CABE

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CRIMINAL CASE NO. 07-00103 |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | **ORDER** |
| ) | re: Stipulation to Continue Trial Date |
| MYRA C. CABE,  ) | and Exclude Time |
| ) | |
| Defendant.  ) | |
| ) | |

The Stipulation filed on December 28, 2007, is HEREBY APPROVED. The trial scheduled to commence on January 11, 2008, shall be continued to February 1, 2008, at 9:00 a.m. All trial documents customarily filed shall be filed or lodged with the court no later than Friday, January 25, 2008, at 3:00 p.m. Furthermore, the period commencing December 28, 2007, through and including February 1, 2008, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A), based on the Court's finding that the granting of a short continuance in this matter to permit the completion

///

of the pretrial diversion investigation serves the ends of justice and outweighs the best interest of the public and the Defendant in a speedy trial.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jan 02, 2008**