| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | BENJAMIN A. BELILES<br>Special Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue |
| 4 | Hagatna, Guam 96910<br>Telephone: (671) 472-7332 |
| 5 | Telecopier: (671) 472-7334 |

**FILED**

DISTRICT COURT OF GUAM

JAN 2 4 2008

**JEANNE G. QUINATA**
**Clerk of Court**


6  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00103 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO VACATE TRIAL** |
| MYRA C. CABE, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America and hereby motions this Honorable Court to vacate the trial in the above case. The defendant has entered and has been accepted by U.S. Probation Office, into a pretrial diversion on January 22, 2008 for eighteen (18) months. Upon successful completion of the pretrial diversion, the government will move to dismiss the Information.

DATED this 24th day of January 2008.

                                                     LEONARDO M. RAPADAS
                                                   United States Attorney
                                                   Districts of Guam and NMI

By: _____
           BENJAMIN A. BELILES
           Special Assistant U.S. Attorney