DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00103 |
| Plaintiff, | |
| vs. | |
| MYRA C. CABE, | ORDER |
| Defendant. | |

On November 5, 2007, an Information was filed charging the Defendant with Theft of Government Property, in violation of 18 U.S.C. § 641. On January 24, 2008, the United States filed a motion to vacate the trial date because the Defendant had been accepted to participate in a 18-month long pretrial diversion program. See Docket No. 13.

Accordingly, the court dismisses the Information without prejudice for a period of 18 months, commencing on January 22, 2008. If the charge is not reinstated by motion of the United States within 18 months, this case shall be dismissed with prejudice without further order of the court.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: Jan 31, 2008**